IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Rosaria J. Richardson,<br>  Debtor. | CHAPTER 7 |
| Nationstar Mortgage LLC dba Mr. Cooper as servicer for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1, U.S. Bank National Association, as Trustee,<br>  Movant,<br>v.<br>Rosaria J. Richardson,<br>  Debtor,<br><br>Lynn E. Feldman, Trustee,<br> Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-16391/AMC<br><br>11 U.S.C. § 362 |

## CERTIFICATION OF NO RESPONSE

  Nationstar Mortgage LLC dba Mr. Cooper as servicer for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1, U.S. Bank National Association, as Trustee ("Movant"), by and through its attorneys, Shapiro & DeNardo, LLC, represents as follows:

  1. Movant has filed its Motion for Relief, from the Automatic Stay (the "Motion") and has given notice to all required parties of the Motion, Notice of Hearing and of the necessity to file an answer.

  2. The time to answer or otherwise respond to the Motion has expired, and no answer has been filed.

  3. The Trustee has been given the notices mentioned above and has not notified Movant of his intention to contest the Motion.

  WHEREFORE, Movant requests that the Court enter an Order granting Movant relief from the automatic stay. A proposed order to such effect is submitted herewith.

              Respectfully submitted,

Dated: October 19, 2018       BY:/s/ Kevin S. Frankel
                  Kevin S. Frankel, Esquire
                  Shapiro & DeNardo, LLC
                  3600 Horizon Drive, Suite 150
                  King of Prussia, PA 19406
                  (610)278-6800/ fax (847) 954-4809
S&D File #:15-050624        PA BAR ID #318323
                  kfrankel@logs.com
                  pabk@logs.com